31 So.2d 599

### Ex parte ELKINS.

6 Div. 605.

Supreme Court of Alabama.
July 31, 1947.

DeGraffenried & McDuffie, of Tuscaloosa, for petitioner.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

BROWN, JUSTICE.

The question presented has been rendered moot by the trial and conviction of the applicant and his sentence to the penitentiary for a term of thirty years, from which he has appealed and caused certificate of appeal to be filed with the clerk of this court.

Application is therefore dismissed.

All the Justices concur.